UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-1142 & 09-2191

SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR

v.

JOHN J. KORESKO, V., et al.,
　　　　　　　　Appellant in 09-1142

SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR

v.

JOHN J. KORESKO, V., et al.,
　　　　　　　　Appellant in 09-2191

APPEALS FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. Nos. 04-mc-0074 and 06-mc-0192 )
District Judge: Mary A. McLaughlin

Submitted Under Third Circuit L.A.R. 34.1(a)
February 22, 2010
Before: SCIRICA, Chief Judge, CHAGARES, and WEIS, Circuit Judges.

JUDGMENT

This cause came to be heard on the records from the United States District Court for the Eastern District of Pennsylvania and was submitted on February 22, 2010.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Orders of the United States District Court for the Eastern District of Pennsylvania entered on December 9, 2008, and April 16, 2009, be, and the same are, affirmed.

Costs taxed against Appellants.

All of the above is in accordance with the Opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: April 26, 2010

Costs taxed in favor of Appellee Secretary of Labor as follows:

| | |
|---|---|
| Brief | $121.20 |
| Appendix | $115.00 |
| TOTAL | $236.20 |

Certified as a true copy and issued in lieu of a formal mandate on 7/7/10

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit