IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |

| | | |
|---|---|---|
| FARMERS AND MERCHANT TRUST COMPANY OF CHAMBERSBURG | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-5112 |

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : : | MISCELLANEOUS ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 06-mc-192 |

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : : | MISCELLANEOUS ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 04-mc-74 |

<u>STATUS REPORT OF PLAINTIFF
SECRETARY OF LABOR</u>

In accordance with the Court's Order of December 2, 2010, the plaintiff, the Secretary of Labor, by her counsel, files this instant status report.

On January 31, 2011, Magistrate Judge Elizabeth T. Hey conducted day–long settlement discussions with all the parties. On February 3, 2011, Judge Hey will be contacting the parties to determine if further settlement discussions now scheduled for February 7, 2011 would be productive. Although the parties have not agreed on any settlement terms, the plaintiff believes that it is premature to conclude that the settlement talks are at a complete impasse.

Depending on the litigants' various discussions with Judge Hey, it is conceivable that the second session with Judge Hey will occur on Monday February 7, 2011. If no progress is made next Monday, then the plaintiff would request that her three cases involving the Koresko defendants be removed from civil suspense. Plaintiff proposes filing another status report with the Court on Thursday February 17, 2011.

Respectfully submitted,

| | |
|---|---|
| Post Office Address: | M. Patricia Smith<br>Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>Suite 630E, The Curtis Center<br>170 S. Independence Mall West<br>Philadelphia, PA  19106-3306<br>(215) 861-5134 | Catherine Oliver Murphy<br>Regional Solicitor<br><br>/s/ *Joan M. Roller*<br>Joan M. Roller<br>Linda M. Henry<br>Joanne Jarquin<br>Attorneys for Plaintiff<br>U.S. DEPARTMENT OF LABOR |